

November 23, 2020

**MEMORANDUM**

**TO THE HONORABLE STEVEN M. GOLD**

**UNITED STATES DISTRICT COURT MAGISTRATE JUDGE**

RE: Hitsous, Michael
DKT. No.: 18CR00024-001
<u>Order of Release</u>

On October 28, 2020, a violation of supervised release report (VOSR) was submitted to the Honorable Raymond J. Dearie, United States District Judge, with a request for a warrant. Judge Dearie issued a warrant on the same date. On November 4, 2020, The United States Marshals Service (USMS) arrested Hitsous without incident at his residence. Hitsous appeared before Your Honor the same day, and a temporary order of detention was issued with a bail hearing scheduled for November 9, 2020. In the interim, the Probation Department was making arrangements with a residential substance abuse treatment provider, Samaritan Village, for Hitsous. On November 9, 2020, Magistrate Judge Sanket J. Bulsara issued a temporary order of detention with a return date of November 12, 2020. As residential substance abuse treatment arrangements were pending, Magistrate Judge Sanket J. Bulsara issued another temporary order of detention. Hitsous was interviewed by Samaritan Village for eligibility to their program on this date as well.

On November 20, 2020, Samaritan Village confirmed that Hitsous was eligible for their residential substance abuse treatment program, and that their staff would pick Hitsous up directly from the Metropolitan Correctional Center (MCC) in Manhattan, on November 30, 2020. The Probation Department confirmed this was the earliest date a bed for Hitsous would be available.

Michael Hitsous                                                                                          18CR00024

At this time, the Probation Department recommends that Hitsous be released from custody on November 30, 2020, to attend residential substance abuse treatment. The Probation Department has consulted with the Assistant U.S. Attorney David J. Lizmi, and Defense Counsel Michael K. Schneider, and both are in agreement with this recommendation. We respectfully await Your Honor's decision.

                                                  Respectfully submitted

                                                  John Lanigan
                                                  Sr. U.S. Probation Officer

                                                  Approved by,

                                                  Richard Azarian
                                                  Supervisory U.S. Probation Officer

**THE COURT ORDERS:**

☐    Michael Hitsous is ordered to be released from the custody of the Metropolitan Correctional Center on November 30, 2020, and that he be transported directly by a Samaritan Village staff member to the Samaritan Village residential substance abuse treatment program.

☐    Other

                                              _____
                                              Signature of Judicial Officer

                                              _____
                                              Date